```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

BYRON BEDELL,                       :
                                    :
        Plaintiff                   :   No. 1:16-CV-00870
                                    :
    vs.                             :   (Judge Kane)
                                    :
UNITED STATES OF AMERICA,           :
                                    :
        Defendant                   :
```

ORDER

**ACCORDINGLY,** on this 2nd day of September 2016, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's complaint (Doc. 1) is **DISMISSED** as a violation of Rule 8 and for failure to state a claim upon which relief can be granted pursuant 28 U.S.C. § 1915(e)(2)(B)(ii) with leave to file an amended complaint within 30 days of the date hereof;

2. The amended complaint should be complete in all respect without reference to the original complaint filed by Plaintiff;

3. The Clerk of Court shall send a form civil rights complaint to Plaintiff. Plaintiff may attach continuation pages and exhibits to the amended complaint; and

4. If Plaintiff fails to file an amended complaint

within thirty (30) days of the date hereof, the Clerk shall close this case without further order of court.

                                                              s/ Yvette Kane
                                       Yvette Kane
                                       United States District Judge