IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BYRON BEDELL, | : | |
|     Plaintiff | : | |
| | : | No. 1:16-cv-0870 |
| v. | : | |
| | : | (Judge Kane) |
| UNITED STATES OF AMERICA, et al., | : | |
| | : | |
|     Defendants | : | |

# ORDER

**AND NOW**, this 19th day of January 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 38), is **GRANTED** and Plaintiff's amended complaint is **DISMISSED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

_____
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania